UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


AF HOLDINGS LLC,

        Plaintiff,                              Case No. 1:12-cv-1256

v.                                          HON. JANET T. NEFF

MATTHEW BURNELL,

        Defendant.

_____/


**ORDER TO STRIKE**

Defendant's Motion to Dismiss Plaintiff's Conspiracy and Negligence Claims (Dkt 6) and

Brief in Support (Dkt 7) shall be stricken from the record for the reason that Defendant has failed

to comply with this Court's Information and Guideline Practice for Civil Cases[1] which requires a

pre-motion conference before filing any dispositive motions.

        **IT IS SO ORDERED**.


Dated: December 27, 2012                /s/ Janet T. Neff
                                        JANET T. NEFF
                                        United States District Judge

---

[1]A copy of Judge Neff's Information and Guidelines is available on the Court's website
(www.miwd.uscourts.gov) under Attorney Information.