UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AF HOLDINGS LLC,

    Plaintiff,

Case No. 1:12-cv-1256

v.

HON. JANET T. NEFF

MATTHEW BURNELL,

    Defendant.

_____/

## ORDER OF RECUSAL

I must recuse myself under 28 U.S.C. § 455(a) from further participation in this case due to a conflict. The Clerk of Court shall reassign this case to another District Judge in accordance with the approved procedure.

**IT IS SO ORDERED**.

Dated: January 8, 2013

   /s/ Janet T. Neff
JANET T. NEFF
United States District Judge