UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

AF HOLDINGS LLC,

       Plaintiff,

       v.

MATTHEW BURNELL,

       Defendant,
_____/

Case No. 1:12-cv-01256

Judge: Honorable Gordon J. Quist

| | |
|---|---|
| JONATHAN W. TAPPAN (P72195) | G. THOMAS WILLIAMS (P53734) |
| Jonathan W. Tappan, PLLC | McGarry Bair PC |
| 2549 Somerset Blvd. #102 | 32 Market Ave SW, Suite 500 |
| Troy, MI 48084 | Grand Rapids, MI 49503 |
| Phone: (415) 325-5900 | Phone: (616) 742-3500 |
| Email: blgibbs@wefightpiracy.com | Email: gtw@mcgarrybair.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

_____/

## [PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO STAY PROCEEDING

THIS CAUSE is before the Court on Defendant Matthew Burnell's Motion to Stay Proceedings. (ECF No. 18, 19.)

THIS COURT has reviewed Defendant's Motion, Plaintiff's Response, relevant case law, the pertinent portions of the record, and is otherwise fully advised of the premise. Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion to Stay Proceedings is DENIED.

Dated: _____       _____
                                                                             Hon. Gordon J. Quist
                                                                      United States District Judge