FUNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| AF HOLDINGS LLC, / | |
| / | |
| Plaintiff, / | |
| v. / | Case No. 1:12−cv−01256−GJQ |
| / | |
| MATTHEW BURNELL, / | Hon. Gordon J. Quist |
| / | |
| Defendant, / | |
| / | |

| | |
|---|---|
| JONATHAN W. TAPPAN (P72195) | G. THOMAS WILLIAMS (P53734) |
| Jonathan W. Tappan, PLLC | McGarry Bair PC |
| 2549 Somerset Blvd. #102 | 32 Market Ave SW, Suite 500 |
| Troy, MI 48084 | Grand Rapids, MI 49503 |
| Phone: (415) 325-5900 | Phone: (616) 742-3500 |
| Email: tappanj@comcast.net | Email: gtw@mcgarrybair.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**PROPOSED STIPULATED ORDER DISMISSING COMPLAINT**

NOW COME Plaintiff AF Holdings, LLC, by and through its counsel Jonathan Tappan, and Defendant Matthew Burnell, through his counsel, G. Thomas Williams, and, as Plaintiff AF Holdings, LLC has agreed to forever release any and all claims it has asserted and/or could have asserted against Defendant Matthew Burnell, whether known or unknown, relating to the subject matter of the instant action, the above-captioned case shall be dismissed with prejudice and without costs or fees being imposed on any party, and the Court being otherwise advised in the premises:

IT IS HEREBY ORDERED that the Complaint filed by Plaintiff AF Holdings, LLC against Defendant Matthew Burnell, in the above-captioned case, shall be dismissed with prejudice; and

IT IS FURTHER ORDERED that Plaintiff AF Holdings, LLC is barred from bringing any and all future claims relating to the subject matter of the instant action against Defendant Matthew Burnell; and

IT IS FURTHER ORDERED that no party shall be obligated to pay costs and/or fees of any other party in this matter.

IT IS SO ORDERED.

Dated: March 21, 2013        /s/ Gordon J. Quist
                                        Honorable United States District Judge

Approved as to form and substance:

*/s/ G. Thomas Williams*                               */s/ Jonathan Tappan*
G. Thomas Williams (P53734)                         Jonathan W. Tappan (P72195)
Attorney for Defendant                               Attorney for Plaintiff
Matthew Burnell                                      AF Holdings, LLC